**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STATE OF ARKANSAS, ex rel.
Dustin McDaniel, Attorney General**                                                                              **PLAINTIFF**

**VS.**                                              **4:07-CV-001210-WRW**

**JANSSEN PHARMACEUTICA, et al.**                                                                              **DEFENDANTS**

**ORDER**

Pending is Plaintiff's Motion to Remand (Doc. No. 11). Defendants have responded and Plaintiff has replied.[1]

Plaintiff's Complaint states the following claims: (1) violations of Ark. Code Ann. § 20-77-902(1)-(3), (7)(A)(i)-(ii), and (10) for submission of false and fraudulent claims under the Medicaid program; violations of the Arkansas Deceptive Trade Practices Act; negligence; breach of warranty; fraud and misrepresentation; and unjust enrichment.[2]

On December 20, 2007, Defendants removed this case on the grounds that "at least one of the State's claims necessarily raises a substantial and disputed federal issue."[3]

This exact issue was raised before the Honorable Henry M. Herlong, Jr in the District of South Carolina.[4] In fact, Defendants' response briefs to the motions to remand are nearly identical. After reviewing the facts of this case, I believe that Judge Herlong's well-reasoned remand order is on point, and I adopt it in full.

---

[1] Doc. Nos. 20, 25.

[2] Doc. No. 2.

[3] Doc. No. 1.

[4] *State of South Carolina ex rel. Henry McMaster v. Janssen Pharmaceutia, Inc., et al.*, No. 6:07-1452-HMH, 2007 WL 2022173 (D.S.C. July 10, 2007).

2

Accordingly, Plaintiff's Motion to Remand (Doc. No. 11) is GRANTED. This case is REMANDED to the Circuit Court of Pulaski County, Arkansas.

IT IS SO ORDERED this 25th of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE